## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## EL DORADO DIVISION

**UNITED STATES OF AMERICA**                                    **RESPONDENT**


**v.**                          **No. 1:12-cr-10010-002**


**ERIC JOHNSON**                                               **MOVANT**


### <u>ORDER</u>

Movant, a Defendant in this criminal matter, has submitted his Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence.  ECF Nos. 166 and 167.  The Court has reviewed the Motion and finds the Government should respond.

**IT IS HEREBY ORDERED** that the United States of America, by and through the United States Attorney for the Western District of Arkansas, is ordered to answer or otherwise respond to the issues raised by the Motion within sixty (60) days of the date of this Order.

**ENTERED** this **22nd day of June 2016.**


      /s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE